AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

Michael D. Lojas and Diane Lynn Lojas,
Husband and Wife, and the marital community
comprised thereof,

                Plaintiffs,

                v.

State of Washington, Defpartment of Fish and
Wildlife Enforcement, a State Agency, and Terry L.
Ray-Smith, as Agent and individually,

                Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-07-0140-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Defendants' Motion for Summary Judgment is GRANTED. Plaintiffs' Motion for Summary Judgment is DENIED.

The dismissal of the Complaint and claims therein is entered with prejudice.

04/22/2008
*Date*

JAMES R. LARSEN
*Clerk*
s/ Stevie Perry
*(By) Deputy Clerk*
Stevie Perry